■ In the Matter of TOWN BOARD OF TOWN OF BRIGHTON, on Behalf of TOWN OF BRIGHTON AND WEST BRIGHTON FIRE PROTECTION DISTRICT, Respondents, v WEST BRIGHTON FIRE DEPARTMENT, INC., Appellant. [9 NYS3d 920]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Carni, Lindley and Valentino, JJ.

■ KATHLEEN BENEDETTI, Individually and as Administrator of the Estate of ERIC SMITH, Deceased, Respondent, v ERIE COUNTY MEDICAL CENTER CORPORATION, Appellant, et al., Defendants. [9 NYS3d 915]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley and Valentino, JJ.

■ LAURA SHELTERS, Respondent, v CITY OF DUNKIRK HOUSING AUTHORITY, Appellant. [9 NYS3d 916]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.

■ MARGARITA ZULEY, M.D., Appellant, v ELIZABETH WENDE BREAST CARE, LLC, et al., Respondents. [12 NYS3d 584]—Motion for reargument of the appeal is granted to the extent that, upon reargument, the memorandum and order entered March 27, 2015 (126 AD3d 1460), is amended by adding "December" before the year "2004" in the seventh sentence of the first paragraph of the memorandum and by deleting the period at the end of the eighth sentence of the first paragraph of the memorandum and adding the following language thereafter: ", and Logan-Young's attorney reiterated that proposal in August 2005. In November 2005, however, Logan-Young's attorney indicated that the purchase price would be $2 million, which would not be decreased by profits from the practice pending the closing." Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ HOLLY M. REDMOND, Respondent, v DENIS M. REDMOND et al., Appellants. [9 NYS3d 917]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.